

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed December 21, 2017

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JENKINS NO. 1, LLC | § | Case No. 17-33411-sgj-11 |
| | § | |
| DEBTOR. | § | |
| | § | |

## ORDER DISMISSING CASE

On December 21, 2017, the Court held a hearing on the **Debtor's Motion to Dismiss Case** (the "Motion") filed on November 20, 2017 by Jenkins No. 1, LLC, Debtor in this case (the "Debtor") [Docket No. 25]. The Debtor appeared through counsel and through its managing member, Curtis Overstreet. No creditor or party-in-interest filed an objection to the Motion. The Debtor represented to this Court that dismissal is in the best interests of creditors and this estate. Having considered the Motion, the evidence presented by the Debtor, and the arguments of counsel, the Court finds that dismissal is in the best interests of creditors and this estate and that the Motion should be granted. It is therefore

**ORDERED**, that the Debtor's Motion to Dismiss Case be and hereby is **GRANTED**. It is further

**ORDERED**, that the above captioned case be and hereby is **DISMISSED** without prejudice. And it is further

**ORDERED**, that this Court shall retain jurisdiction for a period of 90 days from the date of entry of this Order to hear and determine all pending or forthcoming fee applications of professionals employed by the Debtor.

### # # # END OF ORDER # # #

Order drafted by:

Charles B. Hendricks
State Bar No. 09451050
Emily S. Wall
State Bar No. 24079534
CAVAZOS, HENDRICKS,
POIROT & SMITHAM, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Direct Dial: (214) 573-7302
Fax: (214) 573-7399
Email: chuckh@chfirm.com
Email: ewall@chfirm.com

Attorneys for Jenkins No. 1, LLC